UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM BROOK, M.D., PH.D.,<br>1479 Faxon Street, Memphis, TN 38104,<br>ADAM BROOK, M.D., PH.D., P.L.L.C.,<br>350 Central Park West, New York, NY 10025,<br><br>         Plaintiffs,<br><br> — vs —<br><br>JUDITH RODGERS, M.H.A., as Senior Advisor in the Division of Practitioner Data Banks, 5600 Fischers Lane, Rockville, Md. 20857,<br><br>KATHLEEN SEBELIUS, M.P.A. Secretary, U.S. Department of Health and Human Services, and her Successors, 200 Independence, Ave., SW, Washington, D.C. 20201,<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PRACTITIONER DATA BANKS, 200 Independence, Ave., SW, Washington, D.C. 20201<br><br>NATIONAL PRACTITIONER DATA BANK, 4094 Majestic Lane, PMB 332, Fairfax, Va. 22033,<br><br>CYNTHIA GRUBBS, J.D., as the Director of the Division of Practitioner Data Banks, 5600 Fishers Lane, Rockville, Md., 20857, and<br><br>ANASTASIA TIMOTHY, M.D., M.P.H., as NPDB Dispute Resolution Manager, 5600 Fishers Lane Rockville, Md., 20857<br><br>         Defendants. | Case No. |

**CERTIFICATE Required by LCvR 7.1 of the Local Rules of the United States District Court, District of Columbia for Plaintiff, <u>ADAM BROOK, M.D., PH.D., P.L.L.C.</u>**

Undersigned counsel of record for plaintiff Adam Brook, M.D., Ph.D., P.L.L.C., certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Adam Brook, M.D., Ph.D. P.L.L.C. which have any outstanding shares or ownership interest in the hands of the public:

**NONE.**

These representations are made in order that the judges of this Court may determine the need for recusal.

SCHWARTZ & THOMASHOWER LLP

By: _____
William Thomashower
Rachel Schwartz
Carla Sereny

15 Maiden Lane, Suite 705
New York, NY 10038-5120
Tel. 212-227-4300

COBURN & GREENBAUM

By: _____
Barry Coburn

1710 Rhode Island Avenue NW
2nd floor
Washington DC 20036
Tel. 202-657-4490

*Attorneys for Plaintiffs*
ADAM BROOK, M.D., PH.D. and
ADAM BROOK, M.D., PH.D. P.L.L.C.

Dated: New York, New York
July 25, 2012